**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01248-AP

MARK W. BARTON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Jan A. Larsen<br>155 East Boardwalk Dr. Suite 400<br>Fort Collins, CO 80525<br>970-206-4633<br>719-632-4808<br>jalarsen8@gmail.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Robert L. Van Saghi<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1948<br>(303) 844-0770 (facsimile)<br>robert.vansaghi@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:** 5/11/11
    **B.  Date Complaint Was Served on U.S. Attorney's Office:** 8/19/11
    **C.  Date Answer and Administrative Record Were Filed:** 10/18/11

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.  Plaintiffs Opening Brief Due:**       12/8/11
    **B.  Defendant's Response Brief Due:**   1/9/12
    **C.  Plaintiffs Reply Brief (If Any) Due:**  1/24/12

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:** Plaintiff does request oral argument.
    **B.  Defendant's Statement:** Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 7th day of November 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | For Defendant: |
|---|---|
| For Plaintiff: | JOHN F. WALSH<br>United States Attorney |
| s/ Jan A. Larsen<br>Jan A. Larsen<br>155 East Boardwalk Dr. Suite 400<br>Fort Collins, CO 80525<br>970-206-4633<br>jalarsen8@gmail.com | KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | s/ Robert L. Van Saghi<br>Robert L. Van Saghi<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1948<br>robert.vansaghi@ssa.gov |