IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01248-CMA

MARK WAYNE BARTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. # 23), filed June 28, 2012, is GRANTED. In consideration thereof, it is

ORDERED that the Defendant pay to Plaintiff, through counsel, his reasonable attorney fees in the amount of **$3,371.00**.

DATED: June   29  , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge